JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number: 7709
STEVEN ROSE
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT

District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:24-CR-64-RFB-EJY-7 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PETITION FOR ACTION |
| | ) | ON CONDITIONS OF |
| DERON GRINAGE | ) | <u>PRETRIAL RELEASE</u> |
| Defendant | ) | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Samira A. Barlow, U. S. Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 24TH day of May, 2024.

JASON M. FRIERSON
United States Attorney

By __/S/_____
STEVEN ROSE
Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. DERON GRINAGE					Docket No: 2:24-CR-64-RFB-EJY-7

Petition for Action on Conditions of Pretrial Release

    COMES NOW Samira A. Barlow, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant Daniel Doucette. The defendant initially appeared on April 3, 2024, before U.S. Magistrate Judge Nancy J. Koppe and was ordered released on a personal recognizance bond with the following conditions of release:

1. The defendant must submit to supervision by and report for supervision to the U.S. Pretrial Services Office.
2. The defendant must not possess a firearm, destructive device, or other weapon.
3. The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.
4. The defendant must submit to testing for a prohibited substance if required by the Pretrial Services office or supervising officer Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system. and/or any form of prohibited substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
5. The defendant must comply with the requirements of his pending State Case.
6. The defendant must use his true name only and must not use any false identifiers.
7. The defendant must avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.

CIRCUMSTANCES

1. On April 3, 2024, the defendant used a controlled substance.
2. On April 4, 2024, the defendant tested positive for the presence of a controlled substance.
3. On May 18, 2024, the defendant used a controlled substance.
4. On May 22, 2024, the defendant tested positive for the presence of a controlled substance.
5. On May 22, 2024, the defendant reported mental health issues.

**Respectfully presenting petition for action of Court and for cause as follows:**

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S BOND BE MODIFIED AS FOLLOWS:**

Add the following release condition:

1. The defendant shall participate in a program of inpatient or outpatient substance use therapy and counseling if Pretrial Services or the supervising officer considers it advisable.
2. The defendant shall submit to a mental health evaluation as directed by Pretrial Services or the supervising officer.
3. The defendant shall participate in mental health treatment as directed by Pretrial Services or the supervising officer.

| | |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. Executed on this  24th   day of May, 2024. |
| Considered and ordered this <u>28th</u> day of May, 2024 and ordered filed and made a part of the records in the above case. | |
| | Respectfully Submitted, |
| _____ | _____ |
| Honorable Nancy J. Koppe | Samira A. Barlow  *SPB* |
| U.S. Magistrate Judge | U.S. Pretrial Services Officer |
| | Place: <u>Las Vegas, Nevada</u> |